UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shannon Tyrone Craig,

    Plaintiff,

v.                                       Civil No. 19-1208 (JNE/LIB)
                                          ORDER

Hennepin County Sheriff,

    Defendant.

This matter is before the Court on a Report and Recommendation ("R&R") issued by the Honorable Leo I. Brisbois, United States Magistrate Judge, on July 23, 2019. ECF No. 7. The R&R recommends that the Court dismiss Plaintiff's claim without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

On May 3, 2019, Shannon Tyrone Craig filed this action and applied to proceed *in forma pauperis* ("IFP"). Magistrate Judge Brisbois denied the application because 28 U.S.C. § 1915(g) barred him from proceeding IFP and recommended that this action be dismissed because Craig did not pay the filing fee by the July 7, 2019 deadline. Craig filed no objections to the R&R. The Court adopts the recommended disposition. Therefore, IT IS ORDERED THAT:

1. This action [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 3, 2019

                                                                                   s/ Joan N. Ericksen
                                                                                   JOAN N. ERICKSEN
                                                                                   United States District Judge